IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-03133-RBJ

LYNN MORA,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY, an Oregon Corporation,

    Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for an **eight-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 14, 2014 at 9:00 a.m.**

A Trial Preparation Conference is set for **March 7, 2014 at 1:00 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to [Jackson_chambers@cod.uscourts.gov](mailto:Jackson_chambers@cod.uscourts.gov) at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at [www.cod.uscourts.gov/Judges/Judges.aspx](http://www.cod.uscourts.gov/Judges/Judges.aspx).

DATED this 30th day of January, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge